**ROBERT S. SOLA**
Oregon State Bar No. 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LUKE BROWN,** | Civil No.   3:12-cv-00299-AC |
|     Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| **EQUIFAX INFORMATION SERVICES, LLC,** a foreign corporation and **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, | |
|     Defendants. | |

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Equifax Information Services, LLC and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Equifax Information Services, LLC are dismissed with prejudice and without costs to either party.

DONE AND ORDERED on this 20th day of September 2013.

_____
HONORABLE JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

Page 2 – ORDER DISMISSING DEFENDANT EQUIFAX